# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erin Lynn Klodawski                                              CHAPTER 13
       Bryan D. Klodawski
                   Debtor(s)                                       BKY. NO. 23-20405 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NEXUS NOVA LLC, and index same on the master mailing list.

                                  Respectfully submitted,

                                  *Brian C. Nicholas*
                                  Brian Nicholas
                                  21 Mar 2023, 15:09:48, EDT

                              Brian C. Nicholas, Esq. (317240) ☑
                              Denise Carlon, Esq. (317226) ☐
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com