## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Bryan D. Klodawski and Erin L. Klodawski, </br></br>Debtor(s). | Bankruptcy No. 23-20405-GLT </br></br>Chapter 13 |
| Bryan D. Klodawski and Erin L. Klodawski, </br></br>Movant(s), </br></br>v. </br></br>Ronda J. Winnecour, Trustee, </br></br>Respondent. | Related to Dkt. No(s). </br></br>**Hearing Date:  October 9, 2024** </br>**Hearing Time:  1:30 p.m.** </br>**Place of Hearing:  Courtroom A** </br>**US Steel Tower** </br>**600 Grant Street** </br>**Pittsburgh, PA 15219** |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE POST-PETITION FINANCING TO OBTAIN A REPLACEMENT VEHICLE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 4, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than September 21, 2024.  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of service: September 23, 2024

**/s/Charles J. Grudowski**
Charles J. Grudowski, Esq.
Attorney for Debtor
Pa I.D. # 91231
GRUDOWSKI LAW, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Telephone (412) 904-1940
Email cjg@grudowskilaw.com