# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Bryan D. Klodawski ) | Bankruptcy No. 23-20405-GLT |
| Erin L. Klodawski ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| _____) | |
| Bryan D. Klodawski ) | Document No. |
| Erin L. Klodawski ) | |
| ) | |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Order Approving Post-Petition Financing was served on all creditors eligible to receive distributions through the Chapter 13 plan and the Chapter 13 Trustee by electronic mail and/or first class U.S. Mail on September 24, 2024 including:

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014

Date of service: September 24, 2024          /s/Charles J. Grudowski, Esquire
                                             Attorney for Debtor
                                             Pa I.D. # 91231
                                             GRUDOWSKI LAW, P.C.
                                             3925 Reed Boulevard, Suite 201
                                             Murrysville, PA 15668
                                             Telephone (412) 904-1940
                                             Email cjg@grudowskilaw.com