# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bryan D. Klodawski and Erin L. Klodawski, | ) ) ) ) ) | Bankruptcy No. 23-20405-GLT Chapter 13 |
| Debtor(s). | ) ) | |
| Bryan D. Klodawski and Erin L. Klodawski, | ) ) ) ) | Related to Dkt. No(s). |
| Movant(s), | ) ) ) | |
| v. | ) ) ) | |
| Lendmark Financial Services, David Westbrook and Ronda J. Winnecour, Trustee, | ) ) ) ) | |
| Respondent(s). | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Proposed Modification to Plan Dated October 1, 2021 and the Amended Plan dated November 5, 2024 were served on all interested parties and creditors listed on the attached Bankruptcy Clerk's mailing matrix by electronic mail and/or first class U.S. mail on November 5, 2024, including as follows:

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014

David Westbrook
15 Brook Valley Road
Harrison City, PA 15636

Ronda J. Winnecour, Trustee
600 Grant Street
U.S. Steel Tower, Suite 3250
Pittsburgh, PA 15219

Date of service: November 5, 2024      **/s/ Charles J. Grudowski, Esquire**
Attorney for Debtor
Pa I.D. # 91231
GRUDOWSKI LAW, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Telephone: (412) 904-1940
Email: cjg@grudowskilaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 23-20405-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Nov  6 10:19:44 EST 2024 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Aas Debt Rec<br>Pob 129<br>Monroeville, PA 15146-0129 | Affirm, Inc.<br>Attn: Bankruptcy<br>30 Isabella St, Floor 4<br>Pittsburgh, PA 15212-5862 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Collection Service Center, Inc.<br>Attn: Bankrupcy<br>839 5th Ave<br>New Kensington, PA 15068-6303 | Customers Bank<br>c/o Service Finance Co., LLC<br>555 S Federal Hwy #200<br>Boca Raton FL 33432-6033 |
| Dept of Ed/Nelnet<br>Attn: Bankruptcy Claims/Nelnet<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Fast Loans (at Dollar Smart)<br>c/o Stephen M. Elek, Esquire<br>AAS Debt Recovery Inc.<br>2526 Monroeville Blvd., Suite 205<br>Monroeville, PA 15146-2371 | First Commonwealth Bank<br>c/o Stephen M. Elek, Esquire<br>AAS Debt Recovery Inc.<br>2526 Monroeville Blvd., Suite 205<br>Monroeville, PA 15146-2371 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Flagstar Bank<br>PO Box 619063<br>Dallas, TX 75261-9063 | Flagstar Bank, N.A.<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Matthew Mazak<br>136 Rose Court S<br>Delmont, PA 15626-1552 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding/Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |

| | | |
|---|---|---|
| Service Finance Company<br>Attn: Bankruptcy<br>555 S Federal Highway<br>Boca Raton, FL 33432-6033 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>Dept. 888<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN NE 68508-1904 |
| Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| Bryan D. Klodawski<br>136 Rose Court S<br>Delmont, PA 15626-1552 | Charles James Grudowski<br>Grudowski Law, P.C.<br>3925 Reed Boulevard, Suite 201<br>Murrysville, PA 15668-1848 | Erin Lynn Klodawski<br>136 Rose Court S<br>Delmont, PA 15626-1552 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Lendmark<br>2118 Usher St.<br>Covington, GA 30014 | (d)Lendmark Financial Ser<br>2118 Usher St.<br>Covington, GA 30014 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NEXUS NOVA LLC | (d)Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (u)Syncb/walmart |

End of Label Matrix
Mailable recipients     42
Bypassed recipients      3
Total                   45