2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 23-20405-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Bryan D. Klodawski<br>136 Rose Court S<br>Delmont PA 15626 | Erin Lynn Klodawski<br>136 Rose Court S<br>Delmont PA 15626 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 25: Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098 | SERVICEMAC, LLC as Servicer for NEXUS NOVA LLC<br>P.O. Box 100077<br>Duluth, GA 30096-9377 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/05/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20405-GLT |
| Bryan D. Klodawski | Chapter 13 |
| Erin Lynn Klodawski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 03, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15589398 | + Email/Text: servicingmailhub@flagstar.com | Mar 04 2025 01:41:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor NEXUS NOVA LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Charles James Grudowski | on behalf of Debtor Bryan D. Klodawski cjg@grudowskilaw.com admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Joint Debtor Erin Lynn Klodawski cjg@grudowskilaw.com admin@grudowskilaw.com |
| Denise Carlon | on behalf of Creditor NEXUS NOVA LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7