Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bryan D. Klodawski**<br>**Erin Lynn Klodawski**<br>*Debtor(s)* | : | Case No. 23−20405−GLT<br>Chapter: 13 |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

***AND NOW,*** this ***The 11th of September, 2026,*** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 23-20405-GLT
Bryan D. Klodawski Chapter 13
Erin Lynn Klodawski
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 11, 2026 Form ID: pdf900 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bryan D. Klodawski, Erin Lynn Klodawski, 136 Rose Court S, Delmont, PA 15626-1552 |
| 15582569 | + | Fast Loans (at Dollar Smart), c/o Stephen M. Elek, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15582570 | + | First Commonwealth Bank, c/o Stephen M. Elek, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15574835 | + | Matthew Mazak, 136 Rose Court S, Delmont, PA 15626-1552 |
| 16505719 | | SERVICEMAC, LLC as Servicer for NEXUS NOVA LLC, P.O. Box 100077, Duluth, GA 30096-9377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2026 01:33:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 12 2026 01:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15574822 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Sep 12 2026 01:21:00 | Aas Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15574823 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 12 2026 01:33:31 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15574824 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 12 2026 01:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15574825 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2026 01:33:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15579048 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2026 01:33:29 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15574826 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2026 01:33:29 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15574827 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 12 2026 01:22:00 | Collection Service Center, Inc., Attn: Bankrupcy, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15594740 | + | Email/Text: servicing@svcfin.com | Sep 12 2026 01:21:00 | Customers Bank, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |
| 15574828 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 12 2026 01:22:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE 68501-2505 |
| 15576617 | | Email/Text: mrdiscen@discover.com | Sep 12 2026 01:21:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15574829 | + | Email/Text: mrdiscen@discover.com | Sep 12 2026 01:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15574830 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2026 01:33:30 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15574831 | ^ | MEBN | Sep 12 2026 01:17:36 | Flagstar Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 15589398 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2026 01:21:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15574832 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2026 01:33:35 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15574833 | | Email/Text: bk@lendmarkfinancial.com | Sep 12 2026 01:21:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15574834 | | Email/Text: bk@lendmarkfinancial.com | Sep 12 2026 01:21:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15579632 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2026 01:33:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15585818 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2026 01:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15574836 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2026 01:22:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15574837 | + | Email/PDF: cbp@omf.com | Sep 12 2026 01:33:23 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15581106 | + | Email/Text: ebnpeoples@grblaw.com | Sep 12 2026 01:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15596939 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2026 01:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15574838 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2026 01:33:30 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15574839 | + | Email/Text: servicing@svcfin.com | Sep 12 2026 01:21:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15598111 | | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2026 01:33:30 | Synchrony Bank, by AIS InfoSource LP as agent, Dept. 888, PO Box 4457, Houston, TX 77210-4457 |
| 15575015 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2026 01:33:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15574841 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2026 01:33:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15598008 | | Email/Text: BNCnotices@dcmservices.com | Sep 12 2026 01:21:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15581582 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 12 2026 01:22:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN NE 68508-1911 |
| 15574842 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 12 2026 01:22:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15581394 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 12 2026 01:22:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 15586129 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 12 2026 01:22:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NEXUS NOVA LLC |
| 15574840 | | Syncb/walmart |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Joint Debtor Erin Lynn Klodawski cjg@grudowskilaw.com admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Debtor Bryan D. Klodawski cjg@grudowskilaw.com admin@grudowskilaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor NEXUS NOVA LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6