**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRYAN D. KLODAWSKI
ERIN LYNN KLODAWSKI
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:23-20405 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/27/2023 and confirmed on 04/18/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 72,591.58 |
| Less Refunds to Debtor | 8.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,583.28 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,791.51 | |
| Trustee Fee | 4,317.59 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,109.10 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NEXUS NOVA LLC<br>Acct: 4264 | 0.00 | 47,146.46 | 0.00 | 47,146.46 |
| NEXUS NOVA LLC<br>Acct: 4264 | 0.00 | 0.00 | 0.00 | 0.00 |
| CUSTOMERS BANK<br>Acct: 5380 | 6,268.04 | 0.00 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LLC<br>Acct: 6086 | 1,580.94 | 1,580.94 | 431.49 | 2,012.43 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F C<br>Acct: 0917 | 8,750.00 | 8,734.85 | 801.63 | 9,536.48 |
| | | | | 58,695.37 |
| Priority | | | | |
| CHARLES J GRUDOWSKI ESQ(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRYAN D. KLODAWSKI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRYAN D. KLODAWSKI<br>Acct: | 8.30 | 8.30 | 0.00 | 0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**



| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| GRUDOWSKI LAW ASSOCIATES PC(*) | 3,800.00 | 3,791.51 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID WESTBROOK | 0.00 | 5,778.81 | 0.00 | 5,778.81 |
| Acct: | | | | |
| | | | | 5,778.81 |
| Unsecured | | | | |
| FAST LOANS AT DOLLAR SMART | 435.16 | 0.00 | 0.00 | 0.00 |
| Acct: 8740 | | | | |
| AFFIRM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J6VR | | | | |
| AFFIRM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: P1LJ | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5402 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5975 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 460.42 | 0.00 | 0.00 | 0.00 |
| Acct: 4575 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 348.72 | 0.00 | 0.00 | 0.00 |
| Acct: 5286 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8251 | | | | |
| UPMC PHYSICIAN SERVICES | 1,278.62 | 0.00 | 0.00 | 0.00 |
| Acct: 3858 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JJIH | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: EO0Y | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JKBR | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JHQZ | | | | |
| US DEPARTMENT OF EDUCATION | 16,670.49 | 0.00 | 0.00 | 0.00 |
| Acct: 3858 | | | | |
| DISCOVER BANK(*) | 1,659.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5247 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 963.92 | 0.00 | 0.00 | 0.00 |
| Acct: 1235 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 941.47 | 0.00 | 0.00 | 0.00 |
| Acct: 8793 | | | | |
| KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4753 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 2,543.01 | 0.00 | 0.00 | 0.00 |
| Acct: 3113 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,158.91 | 0.00 | 0.00 | 0.00 |
| Acct: 3288 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,543.25 | 0.00 | 0.00 | 0.00 |
| Acct: 3835 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,976.89 | 0.00 | 0.00 | 0.00 |
| Acct: 5531 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,842.80 | 0.00 | 0.00 | 0.00 |
| Acct: 4804 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,145.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0746 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 875.88 | 0.00 | 0.00 | 0.00 |
| Acct: 3615 | | | | |
| LVNV FUNDING LLC | 2,030.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0839 | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| LVNV FUNDING LLC<br>Acct: 0538 | 1,794.25 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 5362 | 1,206.49 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 5374 | 881.95 | 0.00 | 0.00 | 0.00 |
| SERVICE FINANCE COMPANY LLC<br>Acct: 5380 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC/<br>Acct: 0476 | 471.05 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOURCE<br>Acct: 2251 | 476.59 | 0.00 | 0.00 | 0.00 |
| UPSTART NETWORK INC<br>Acct: 2777 | 3,742.87 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 1417 | 281.74 | 0.00 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK**<br>Acct: 3160 | 946.03 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 8648 | 1,154.96 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 7835 | 622.52 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*<br>Acct: 1393 | 626.23 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A/S/F (<br>Acct: 0917 | 6,166.89 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: 0036 | 1,321.91 | 0.00 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES LLC<br>Acct: 6086 | 4,811.56 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>Acct: 1899 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MATTHEW MAZAK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 64,474.18

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,598.98 |
| UNSECURED | 63.379.53 |

Date: 10/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com